Mark P. Meuser, SBN 231335
Meuser Law Group, Inc.
PO Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-4656
mark@meuser-law.com

Attorney for Plaintiffs

**NOTE CHANGES MADE BY THE COURT.**

E-FILED 02/02/12

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JAY JOHNSON and MARGIE JOHNSON,

    Plaintiffs,

vs.

ROBERT M. GOLDSMITH, and CATHERINE H. GOLDSMITH

    Defendants.

Case No.: 10-cv-03907 PSG (Vkx)

[~~PROPOSED~~] **JUDGMENT**

Hearing Date: 9/26/2011
Hearing Time: 1:30 PM
Judge: Philip S. Gutierrez

## JUDGMENT

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is for plaintiffs JAY JOHNSON and MARGIE JOHNSON ("Plaintiffs") and against ROBERT M. GOLDSMITH and CATHERINE H. GOLDSMITH ("Defendants"), and each of them, on each claim.
2. Plaintiffs shall recover from the Defendants:
    a. ~~A constructive trust is found in the amount of~~ $49,000.00 which represents actual damages;
    b. Interest in the amount of ~~$34,102.10~~; $27,560,55
    c. Reasonable attorney fees, and expenses in the amount of ~~$106,062.79~~; 8, 115.37

1

1   d. Punitive damages in the amount of $1~~96,000.00~~ 98,000;

2   e. $~~663,000.00 for damages arising under their breach of contract.~~

3. Post-judgment interest shall apply to the Judgment amount a~~t the rate of 6% pursuant to Va. Code §6.2-302.~~ calculated according to 28 U.S.C. 1961(a)

IT IS SO ORDERED

Dated: ~~September __, 2011~~. 02/02/11        __PHILIP S. GUTIERREZ__
                                   The Honorable Philip S. Gutierrez